UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

Starr Indemnity

vs.

M/V Maersk

:
:
:
:
:

-------------------------------------x

18 civ. 8509

PLEASE BE ADVISED THAT THE CONFERENCE SCHEDULED FOR February 5 2020 IS HEREBY CANCELLED.

1-23-20

RESPECTFULLY,

William Ryan

Clerk to Judge Keenan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-20